UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: )
)
TRINA LYNN VALLONE ) CASE NO. 11-20128-JPK-13
)
Debtor. )

### ORDER FOR LIFT OF AUTOMATIC STAY
### AND FOR ABANDONMENT OF REAL ESTATE

THIS MATTER comes before the Court on the Motion for Relief from Stay and for Abandonment of Real Estate of Green Tree Servicing LLC (hereinafter referred to as "Green Tree"), seeking relief from the Stay previously in effect herein.

The Court finds as follows:

1. On January 18, 2011, Trina Lynn Vallone (hereinafter referred to as the "Debtor") filed a Petition under Chapter 13 of the Bankruptcy Code in this Court under the above denominated case number.

2. On November 22, 2013, Green Tree, a secured creditor filed its Motion for Relief from Stay and Abandonment of Real Estate on real estate more particularly described as follows:

    LOT 62 IN BROOK HILLS WEST P.U.D. UNIT 1, A PLANNED UNIT DEVELOPMENT, BEING A SUBDIVISION IN SECTION 30, TOWNSHIP 36 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

And commonly known as: 11901 Brookshire, Orland Park, IL 60467

3. Objections to the Motion were due December 6, 2013.

4. No Objections were filed.

THEREFORE, the Court ORDERS, ADJUDGES AND DECREES as follows:

A. The automatic stay, presently in effect, shall be, and hereby is, modified and lifted so as to permit Green Tree Servicing LLC and its successors and/or assignees to pursue any and all legal and equitable remedies available to foreclose on its Mortgage lien and security interest existing prior or pursuant to this Order, including, without limitation, the right to initiate a foreclosure proceeding; the right to proceed with any foreclosure proceeding instituted but

otherwise stayed as a result of the filing of Debtor bankruptcy petition; the right to obtain a foreclosure judgment in rem pursuant to any such proceedings; and the right to praecipe for, and bid at a Sheriff's Sale of the Real Estate or other collateral encumbered by any lien or security interest of Green Tree Servicing LLC.

    B.    The Real Estate, as is more particularly described above, is hereby abandoned as an asset of the Debtor estate.

    C.    The Order shall bind Debtors in any conversion of the above-entitled bankruptcy proceedings, as to the interest of Plaintiff, its successors and assigns, in the above-described property.

    D.    All communications including but, not limited to, notices required by state law, sent by Creditor in connection with proceeding against the property may be sent directly to the Debtor.

    E.    No further notices pursuant to rule 3002.1, 3002.1(f) or 3002.1(g) shall be required.

January 27, 2014

_____
Judge, U.S. Bankruptcy Court for the Northern District of Indiana, Northern

Distribution:

James L. Shoemaker (19562-49)
S. Brent Potter (10900-49)
Craig D. Doyle (4783-49)
Curt D. Hochbein (29284-29)
Ryan T. Kiernan (29316-49)
David M. Johnson (30354-45)
Evgeny G. Mogilevsky (27602-49)
Tina M. Caylor (30994-49)
DOYLE LEGAL CORPORATION, P.C.
41 E Washington St., Suite 400
Indianapolis, IN 46204
Telephone (317) 264-5000
Facsimile (317) 264-5400

Trina Lynn Vallone, 2899 Churchill Lane, Highland, IN 46322
Jeffrey D. Best, 2449 45th Street, Suite B, Highland, IN 46322
Paul R. Chael, 401 West 84th Drive, Suite C, Merrillville, IN 46410
U.S. Trustee, One Michiana Square Building, Suite 555, 100 East Wayne Street, South Bend, IN 46601-2349